AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

SUMMONS IN A CIVIL CASE

V.

RICH PRAIRIE PAINTERS, INC.
a/k/a Rich Prairie Painters

CASE ?

Case: 1:08-cv-00653
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/14/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

RICH PRAIRIE PAINTERS, INC.
311 South Edward Street
Pierz, MN  56364

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK


(By) DEPUTY CLERK

APR 1 4 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE May 1, 2008 |
| NAME OF SERVER (PRINT) Brandon Silgjord | TITLE Deputy |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Rich Prairie Painter's Alan Litke (Owner) 311 Edward St, Pierz, MN 56364

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 45— | TOTAL 45— |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 01, 2008   [signature]
                Date              Signature of Server

Morrison County Sheriff's Office
213 SE 1st Ave, Little Falls, MN
Address of Server

**Legal Errands, Inc.**
PO Box 24866
Philadelphia, PA 19130
215-751-1124

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.