IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al. ) ) ) Plaintiffs ) v. ) ) RICH PRAIRIE PAINTERS, INC. ) a/k/a Rich Prairie Painters ) ) Defendant ) | CIVIL ACTION No. 08-00653 |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as to the Defendant as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/    Kent G. Cprek
KENT G. CPREK, ESQUIRE
(BAR NO. 478231)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Attorney for the Fund

Date: May 22, 2008

OF COUNSEL:

JENNIFER L. HOPE, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, 16th Floor
Philadelphia, PA 19106
(215) 351-0617

196146-1

## CERTIFICATE OF SERVICE

I, Kent G. Cprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

> Littler Mendelson, P.C.
> Attn **Dale L. Deitchler**
> 1300 IDS Center
> 80 South 8th Street
> Minneapolis, MN 55402-2136

Date: May 22, 2008              /s/    Kent G. Cprek
                                KENT G. CPREK, ESQUIRE

196146-1